**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 09-147-VAP (JWJx)                              Date: March 4, 2009

Title:   CITI RESIDENTIAL LENDING INC., a Delaware Corporation, and US BANK NATIONAL ASSOCIATION -v- JUAN GARCIA and DOES 1 through 10, inclusive
=================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                                   None Present
Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                    DEFENDANTS:

None                                                                  None

PROCEEDINGS:   MINUTE ORDER: (1) REMANDING CASE TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF SAN BERNADINO FOR LACK OF SUBJECT MATTER JURISDICTION; (2) VACATING MARCH 9, 2009 HEARING; (3) DENYING MOTION TO REMAND AS MOOT (IN CHAMBERS)

    On February 9, 2009, this Court issued an Order to Show Cause why this Court had jurisdiction.  Defendant failed to reply timely.  Accordingly, the Court remands this action to the California Superior Court for the County of San Bernardino.

    On March 9, 2009, the Court is scheduled to hear defendants' Motion to

EDCV 09-147-VAP (JWJx)
CITI RESIDENTIAL LENDING INC., a Delaware Corporation, and US BANK NATIONAL ASSOCIATION v JUAN GARCIA and DOES 1 through 10, inclusive
MINUTE ORDER of March 4, 2009

Remand ("Motion").  The Court DENIES the Motion as moot.  The Court VACATES the March 9, 2009 hearing.

**IT IS SO ORDERED.**